UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flbs.uscourts.gov

In re:

RENE FRANCISCO PINELL and MARIA
FELIX PINELL,

Debtors.
_____/

Case No. 14-26218-LMI

Chapter 13

## NOTICE RE MORTGAGE MODIFICATION MEDIATION
## (JPMORGAN CHASE BANK, N.A.)

JPMorgan Chase Bank, N.A. ("Chase") advises the court and the parties that not all of the four loans which are the subject of the Court's Order Granting Attorney-Presented Debtor's Verified "Out of Time" Motion for Referral to Mortgage Modification Mediation [DE 124, 125, 126, and 127] are owned or serviced by Chase:

1. The loan ending in 8829 (3166 NW 58th St.) once serviced by Chase was transferred to M&T Bank in February 2014.

2. Chase is proceeding with the MMM procedure on the other two loans as follows:

Loan ending 3437 (1268 N. 39th St.)
Chase counsel: Shapiro Fishman & Gaché, LLP

Loan ending 1194 (6905 NW 21st Ave.)
Chase counsel: Albertelli Law (ALAW/James A. Albertelli, P.A.)

3. The loan ending in 4867 (2326 NW 59th Street) is now unsecured; the lien was released on November 25, 2013.

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015 I electronically filed the foregoing document with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices, including Nancy K. Neidich, Trustee; the Office of the U.S. Trustee; Henry Hernandez, counsel to debtors Rene Francisco Pinell and Maria Felix Pinell; Christopher Giacinto at Shapiro, Fishman & Gaché, LLP, co-counsel to JPMorgan Chase Bank, N.A; and Brandi R. Lesesne, counsel to Bayview Loan Servicing, LLC.  I also certify that the foregoing document is being served this day via regular mail on all parties identified on the attached service list.

Dated:  August 25, 2015

**GRAYROBINSON, P.A.**
*Counsel for JPMorgan Chase Bank, N.A.*
401 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 761-8111
Facsimile:  (954) 761-8112

/s/ *Michael D. Lessne*
Michael D. Lessne
Florida Bar No. 073881
michael.lessne@gray-robinson.com

## Service List

| Albertelli Law<br>633 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 | M&T Bank<br>c/o Aldridge Pite, LLP<br>Attn: Shannon Poos<br>3575 Piedmont Rd, N.E., Suite #500<br>Atlanta, GA 30305 |
|---|---|

# 3718646 v1

2