**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                              Case #14-26218-LMI
**Debtor:** Rene Pinell                                                Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 01.28.16                        Signature of Mediator: _____ //s// Anthony Roca
                                                  Printed Name: Anthony Roca
                                                  Address: 1750 Coral Way Second Floor Miami, FL 33145

Copies To:                                  Phone: (786) 925-2850
[All Parties to Mediation]        Email: tony@rocalaw.com