UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ __FIRST__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Rene Francisco Pinell__   JOINT DEBTOR: __Maria Felix Pinell__   CASE NO.: __14-26218-LMI__
Last Four Digits of SS# __9657__   Last Four Digits of SS# __2382__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __6,508.23__ for months __1__ to __19__ ;
    B.    $ __5,487.42__ for months __20__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __15,000.00__ ($3500.00 + $10,000.00 for 4LMM's + $1500.00 for 2MTV)
    TOTAL PAID $ __3,500.00__   Balance Due $ __11,500.00__ payable $ __495.21__ /month (Months __1__ to __19__ ),
    and $418.20/month (Months __20__ to __24__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Chase__                             Arrearage on Petition Date   $_____
Address: __POB 24696__              Arrears Payment    $_____ /month (Months ___ to ___ )
       __Columbus, OH 43224__        LMM Payment    $ __1610.52__ /month (Months __1__ to __19__ )
Account No: __3437__
*Property located at 1268 NW 39th St., Miami, FL  33142*

2. __Chase__                             Arrearage on Petition Date   $_____
Address: __POB 24696__              LMM Payment    $ __1373.68__ /month (Months __1__ to __19__ )
       __Columbus, OH 43224__        LMM Payment    $ __1485.36__ /month (Months __20__ to __60__ )
Account No: __1194__
*Property located at 6905 NW 21 Ave, Miami, FL  33147*

3. __Chase__                             Arrearage on Petition Date   $_____
Address: __POB 24696__              LMM Payment    $ __663.15__ /month (Months __1__ to __19__ )
       __Columbus, OH 43224__        LMM Payment    $ __717.07__ /month (Months __20__ to __60__ )
Account No: __4867__
*Property located at 2326 NW 59 St., Miami, FL  33142*

4. __Chase__                             Arrearage on Petition Date   $_____
(transferred to Bayview Loan #3559)   LMM Payment    $ __1923.37__ /month (Months __1__ to __19__ )
Address: __POB 24696__              LMM Payment    $ __2079.75__ /month (Months __20__ to __60__ )
       __Columbus, OH 43224__
Account No: __8829__
*Homestead Property located at 3166 NW 58 St., Miami, FL  33142*

5. US Bank as Custodian for Pro Tax Fin. LLC 2303   Payoff Total   $ __2339.15__
Address: __751 E. Quality Dr. #102__       Payable    $ __26.86__ /month (Months __1__ to __19__ )
       __American Fork, UT  84003__    Payable    $ __44.60__ /month (Months __20__ to __60__ )
Account No: __Tax Cert #38314__

6. __GTURN LLC 83887__                   Payoff Total   $ __1865.05__
Address: __4747 Executive Dr. #510__       Payable    $ __21.42__ /month (Months __1__ to __19__ )
       __Diego, CA  92121__             Payable    $ __35.56__ /month (Months __20__ to __60__ )
Account No: __Tax Cert #33045__

7. __TLGFY LLC 83920__                   Payoff Total $ __1558.15__
Address: Capital One NA as POBox 54347   Payable    $ __17.89__ /month (Months __1__ to __19__ )
       __New Orleans, LA  70154-4347__   Payable    $ __29.71__ /month (Months __20__ to __60__ )
Account No: __Tax Cert #34741__

LF-31 (rev. 01/08/10)

8. Ariel Fund 2013 Tax LLC  84495      Payoff Total $ 1679.70
Address: 5151 Collins Ave #1727        Payable      $ 19.29    /month (Months   1  to  19 )
         Miami Beach, FL  33140        Payable      $ 32.02    /month (Months  20  to  60 )
Account No: Tax Cert #27720

9. Mathon Investment Corporation 16577  Payoff Total $ 1339.80
Address: 8770 Sunset Dr. #531          Payable      $ 15.38    /month (Months   1  to  19 )
         Miami, FL  33173              Payable      $ 25.55    /month (Months  20  to  60 )
Account No: Tax Cert #21615

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A                        Total Due $_____

Unsecured Creditors:    Pay $ 199.95   /month (Months  1 to  19 ).
                        Pay $  70.90   /month (Months 20 to  24 ).
                        Pay $ 489.10   /month (Months 25 to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Debtors are paying Lincoln Automotive fin. (acct #5366) directly outside the plan.

The Debtors have been offered a modification for the real property located at 1268 NW 39 St., Miami, FL  33142 to JPMorgan Chase Bank, N.A. (loan number 3437).

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

REQUIRED LMM PLAN LANGUAGE (AO 13-01)

"The debtor has filed a Verified Motion for Referral to MMM with Chase("Lender"), loan number 8829, for real property located at 3166 N.W. 58 Street, Miami, FL 33142; loan number 3437 for real property located 1268 NW 39 St., Miami, FL 33142; loan number 1194 for real property located at 6905 NW 21 Avenue, Miami, FL 33147; loan number 4847 for real property located at 2326 NW 59 St., Miami, FL  33142. The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a post-petition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) and (b) with respect to income producing property, of no less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.

If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the

LF-31 (rev. 01/08/10)

settlement.

In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the lender will be considered "treated outside the plan" and the lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim."

_____
Debtor
Date: 3/9/16

_____
Joint Debtor
Date: 3/9/16

LF-31 (rev. 01/08/10)