**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                                Case #14-26218-LMI
**Debtor:** Ninoska Carballo                                          Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 06-16-2016 and the following parties were present:

1. [ x ] The Debtor: Ninoska Carballo
2. [ x ] The Debtor's Attorney: Sadi Picart, Esq.
3. [ x ] The Lender's Representative: Marisa Maldonado
4. [ x ] The Lender's Attorney: Scott Lewis, Esq.

**B.** The final MMM conference was scheduled for 06-16-2016 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 06.28.16                        Signature of Mediator: _____ //s// Anthony Roca
                                       Printed Name: Anthony Roca
                                       Address: 1750 Coral Way Second Floor Miami, FL
                                       33145
Copies To:                             Phone: (305) 263-7700
[All Parties to Mediation]             Email: tony@rocalaw.com