**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☒ NINTH Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Rene Francisco Pinell         JOINT DEBTOR: Maria Felix Pinell         CASE NO.: 14-26218-LMI
SS#: xxx-xx-9657                      SS#: xxx-xx-2382

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $5,199.76 for months 1 to 42;
2. $919.62 for months 43 to ____;
3. $1,748.02 for months 44 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE  ☐ PRO BONO

Total Fees: $16050.00    Total Paid: $4550.00    Balance Due: $11500.00
Payable $273.80 /month (Months 1 to 42)

Allowed fees under LR 2016-1(B)(2) are itemized below:
(Safe Harbor $3500.00 + $10,000.00 for 4LMM's + $1500.00 for 2MTV + $525 Motion to Modify + $525 Motion to Approve Trial Loan Modification obtained outside of bankruptcy.)
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE
[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Chase
   Address: POB 24696, Columbus, OH 43224
   Arrearage/ Payoff on Petition Date _____
   MMM Adequate Protection $728.57 /month (Months 1 to 42)
   Last 4 Digits of Account No.: 3437

Debtor(s): Rene Francisco Pinell, Maria Felix Pi  Case number: 14-26218-LMI

Other: See nonstandard provisions below set out in Section VIII.

☒ Real Property
  ☐ Principal Residence
  ☒ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1268 NW 39th St., Miami, FL  33142

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: Chase
   Address: POB 24696
            Columbus, OH 43224

   Arrearage/ Payoff on Petition Date
   MMM Adequate Protection    $773.20    /month (Months  1  to  42 )

   Last 4 Digits of Account No.:  1194

Other: See nonstandard provisions below set out in Section VIII.

☒ Real Property
  ☐ Principal Residence
  ☒ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
6905 NW 21 Ave, Miami, FL  33147

☐ Personal Property/Vehicle
Description of Collateral:

---

3. Creditor: Chase
   Address: POB 24696
            Columbus, OH 43224

   Arrearage/ Payoff on Petition Date
   MMM Adequate Protection    $212.28    /month (Months  1  to  42 )

   Last 4 Digits of Account No.:  4867

Other: Lien was released and recorded at O.R. Book 28921, Page 3774 of the Public Records of Miami-Dade County, Florida.

☒ Real Property
  ☐ Principal Residence
  ☒ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
2326 NW 59 St., Miami, FL  33142

☐ Personal Property/Vehicle
Description of Collateral:

---

4. Creditor: Chase
   Address: POB 24696
            Columbus, OH 43224

   Arrearage/ Payoff on Petition Date  $133,855.23
   Arrears Payment (Cure)         $1,129.47    /month (Months  1  to  42 )
   Regular Payment (Maintain)     $1,568.13    /month (Months  1  to  42 )

   Last 4 Digits of Account No.:  8829

Debtor(s): Rene Francisco Pinell, Maria Felix Pi    Case number: 14-26218-LMI

Other: Loan was transferred to Bayview Loan/BSI #3559 and see nonstandard provisions below set out in Section VIII.

■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
3166 NW 58 St., Miami, FL 33142

☐ Personal Property/Vehicle
Description of Collateral:

---

5. Creditor: US Bank as Custodian for Pro Tax Fin, LLC 2303

Address: 751 E. Quality Dr., #102
American Fork, UT 84003

Arrearage/ Payoff on Petition Date    $2,339.15
Payoff (Including 0% monthly interest)    $34.19    /month (Months  1  to 42 )
Payoff (Including 0% monthly interest)    $50.17    /month (Months 43  to 60 )

Last 4 Digits of Account No.:    8314

Other: Tax Certificate No. 38314 for 2009 real estate property taxes due.

■ Real Property
   ☐ Principal Residence
   ■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
2326 N.W. 59th Street. Miami, FL 33142

☐ Personal Property/Vehicle
Description of Collateral:

---

6. Creditor: GTURN LLC 83887

Address: 4747 Executive Dr. #510
Diego, CA 92121

Arrearage/ Payoff on Petition Date    $1,865.05
Payoff (Including 0% monthly interest)    $27.26    /month (Months  1  to 42 )
Payoff (Including 0% monthly interest)    $40.00    /month (Months 43  to 60 )

Last 4 Digits of Account No.:    3045

Other: Tax Certificate No. 33045 for 2010 real estate property taxes due.

■ Real Property
   ☐ Principal Residence
   ■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
2326 N.W. 59th Street. Miami, FL 33142

☐ Personal Property/Vehicle
Description of Collateral:

Debtor(s): Rene Francisco Pinell, Maria Felix Pi  Case number: 14-26218-LMI

---

7. **Creditor:** TLGFY LLC 83920

   Address: Capital One NA as
   POBox 54347
   New Orleans, LA
   70154-4347

   Arrearage/ Payoff on Petition Date: $1,558.15
   Payoff (Including 0% monthly interest): $22.77 /month (Months 1 to 42)
   Payoff (Including 0% monthly interest): $33.43 /month (Months 43 to 60)

   Last 4 Digits of Account No.: 4741

   Other: Tax Certificate No. 34741 for 2011 real estate property taxes due.

   ■ Real Property
   ☐ Principal Residence
   ■ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   Address of Collateral:
   2326 N.W. 59th Street. Miami, FL 33142

   ☐ Personal Property/Vehicle
   Description of Collateral:

---

8. **Creditor:** Ariel Fund 2013 Tax LLC 84495

   Address: 5151 Collins Ave #1727
   Miami Beach, FL 33140

   Arrearage/ Payoff on Petition Date: $1,679.70
   Payoff (Including 0% monthly interest): $24.55 /month (Months 1 to 42)
   Payoff (Including 0% monthly interest): $36.03 /month (Months 43 to 60)

   Last 4 Digits of Account No.: 7720

   Other: Tax Certificate No. 27720 for 2012 real estate property taxes due.

   ■ Real Property
   ☐ Principal Residence
   ■ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   Address of Collateral:
   2326 N.W. 59th Street. Miami, FL 33142

   ☐ Personal Property/Vehicle
   Description of Collateral:

---

9. **Creditor:** Mathon Investment Corporation 16577

   Address: 8770 Sunset Dr. #531
   Miami Beach, FL 33140

   Arrearage/ Payoff on Petition Date: $1,339.80
   Payoff (Including 0% monthly interest): $19.58 /month (Months 1 to 42)
   Payoff (Including 0% monthly interest): $28.74 /month (Months 43 to 60)

   Last 4 Digits of Account No.: 1615

   Other: Tax Certificate No. 21615 for 2013 real estate property taxes due.

   ■ Real Property
   ☐ Principal Residence
   ■ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   Address of Collateral:
   2326 N.W. 59th Street. Miami, FL 33142

   ☐ Personal Property/Vehicle

Debtor(s): Rene Francisco Pinell, Maria Felix Pi  Case number: 14-26218-LMI

**Description of Collateral:**

**10. Creditor:** Miami-Dade County Tax Collector
**Address:** 200 NW 2nd Avenue, Miami, FL 33128
**Arrearage/ Payoff on Petition Date:** $1,958.59
**Arrears Payment (Cure):** $46.63 /month (Months 1 to 42)
**Last 4 Digits of Account No.:** 0950
**Other:** 2014 Real Estate Property Taxes

☒ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

**Address of Collateral:** 2326 N.W. 59th Street, Miami, FL 33142

☐ Personal Property/Vehicle
**Description of Collateral:**

## B. VALUATION OF COLLATERAL: ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

### 1. REAL PROPERTY: ☐ NONE

**1. Creditor:** SunTrust Bank
**Address:** POB 85092, Richmond, VA 23286
**Last 4 Digits of Account No.:** 3463
**Real Property**
  ☒ Principal Residence
  ☐ Other Real Property
**Address of Collateral:** 3166 N.W. 58 St, Miami, FL 33142

**Value of Collateral:** $98,183.00
**Amount of Creditor's Lien:** $0.00
**Interest Rate:** 0.00%

Check one below:
☐ Escrow is included in the monthly mortgage payment listed in this section
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

**Payment**
Total paid in plan: $0.00
$0.00 /month (Months 1 to 60)

**2. Creditor:** HSBC Mortgage
**Address:** POB 3425, Buffalo, NY 14240
**Last 4 Digits of Account No.:** 7218
**Real Property**
  ☐ Principal Residence
  ☒ Other Real Property
**Address of Collateral:** 2326 N.W. 59 Street, Miami, FL 33142

**Value of Collateral:** $37,767.00
**Amount of Creditor's Lien:** $0.00
**Interest Rate:** 0.00%

Check one below:
☐ Escrow is included in the monthly mortgage payment listed in this section
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

**Payment**
Total paid in plan: $0.00
$0.00 /month (Months 1 to 60)

### 2. VEHICLES(S): ☒ NONE

Debtor(s): Rene Francisco Pinell      , Maria Felix P;  Case number: 14-26218-LMI

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☐ NONE

   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

   | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
   |---|---|---|
   | 1. Lincoln Automotive Financial Services | 5366 | 2007 Lincoln MKX, VIN 2LMDU68C87BJ20189 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay  $504.75   /month (Months  1  to 42 )

   Pay  $639.29   /month (Months  43  to __ )

   Pay  $1,384.86  /month (Months  44  to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

   ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

   ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   The Debtors have been offered a mortgage loan modification for the real property located at 1268 NW 39 St., Miami, FL 33142 by JPMorgan Chase Bank, N.A. (loan number 3437), and will be making the loan modification payments directly to creditor outside the plan.

   The Debtors have been offered a mortgage loan modification for the real property located at 6905 NW 21 Ave, Miami, FL 33147 by JPMorgan Chase Bank, N.A. (loan number 1194), and will be making the loan modification payments directly to creditor outside the plan.

   The Debtors have been offered a mortgage loan modification for the real property located at 3166 NW 58 St., Miami, FL 33142 outside of the MMM Process by BSI Financial Services (loan number 3559), and will be making the loan modification payments directly to creditor outside the plan.

   ☐ Mortgage Modification Mediation

Debtor(s): Rene Francisco Pinell    , Maria Felix Pi  Case number: 14-26218-LMI

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____  Debtor  03/08/18
Rene Francisco Pinell           Date

_____  Joint Debtor  03/09/18
Maria Felix Pinell              Date

_____  _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.